# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

15-53-SDD-EWD-1

CHANEL PAMELA GRAY

## **JUDGMENT**

**CONSIDERING** this Court's *Ruling* adopting the Magistrate Judge's *Report and Recommendation*;

*Judgment* is hereby entered in favor of the Government and against the Defendant.

Signed in Baton Rouge, Louisiana on March 23, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**